## Ex Parte Rivera.

### Solicitud para que se expida mandamiento de Habeas Corpus.

No. 24.—Resuelto en Octubre 21, 1903,

Multa.—Prisión Subsidiaria.—Una sentencia condenando á un acusado á noventa días de arresto y cien dollars de multa, sufriendo en defecto de pago de la misma, un día de prisión por cada dollar, ó sea, *cien días más de prisión*, es legal en cuanto á la pena principal y á la subsidiaria *que corresponda con arreglo á derecho.*

### EXPOSICIÓN DEL CASO.

El peticionario, Luis Rivera Iglesias, expone los hechos en la forma siguiente: Luis Rivera Iglesias fué condenado por la Corte de Distrito de San Juan en causa que se le siguiera por delito de alterar la paz pública, á la pena de noventa días de arresto y cien dollars de multa, sufriendo en defecto de pago un día de arresto por cada dollar que deje de satisfacer y las costas. Esta sentencia fué dictada en 29 de Julio último ingresando el mismo día á cumplirla por lo que el 16 de los corrientes llevaba ochenta días que con diez que le ha abonado el Alcaide [por buena conducta, son los noventa de la pena principal. Ahora bien, extinguida la pena principal, el Alcaide de la Cárcel don José Valentin Berrios le retiene ilegalmente para que cumpla cien días más en defecto de la multa de cien dollars. Según el artículo 322 de la Ley de Enjuiciamiento Criminal, la pena en defecto del pago de la multa no puede exceder del tiempo á que pudiere ser condenado el acusado; y si éste según el artículo 368 del Código Penal no ha podido ser condenado á más de noventa días, es claro que es ilegal condenarle á que sufra cien días por la multa. Por ello y fundado en el precepto del artículo 483 del Código de Enjuiciamiento Criminal, acudo á V. H. suplicando se haga comparecer ante su presencia á dicho Luis Rivera Iglesias librándose el oportuno mandamiento de Habeas Corpus, señalándose dia y hora

## Ex Parte Rivera.

APPLICATION for a writ of habeas corpus.

No. 24.—Decided October 21, 1903.

para la vista con audiencia del Sr. Fiscal, y por el resultado de la misma poner en libertad al preso.

Abogado del peticionario: *Sr. Falcón.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

### Opinión del Tribunal.

*Considerando:* que el peticionario, Luis Rivera Iglesias, no está en la actualidad ilegalmente privado de su libertad, toda vez que no ha extinguido aún la prisión subsidiaria correspondiente con arreglo á la ley. *Se declara* no haber lugar á la excarcelación solicitada por el preso Luis Rivera Iglesias, el que deberá ser conducido nuevamente á la Cárcel donde se encontraba extinguiendo su condena, bajo la custodia del Alcaide de dicho establecimiento penal, con las costas á cargo del promovente.

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados, Hernández, Sulzbacher y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.